Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

*12*

for the

Eastern District of Michigan

_____ D

<table>
<tr><td>

Etc )

Anthony Benn Jr., James Gray )<br>
Plaintiff(s) )<br>
*(Write the full name of each plaintiff who is filing this complaint.* )<br>
*If the names of all the plaintiffs cannot fit in the space above,* )<br>
*please write "see attached" in the space and attach an additional* )<br>
*page with the full list of names.)* )<br>
-v- )<br>
)<br>
)<br>
)<br>
County )<br>
Deputy J.Kajy + Oakland Jail )<br>
Defendant(s) )<br>
*(Write the full name of each defendant who is being sued. If the* )<br>
*names of all the defendants cannot fit in the space above, please* )<br>
*write "see attached" in the space and attach an additional page* )<br>
*with the full list of names. Do not include addresses here.)* )

</td><td>

Case:2:23-cv-12586<br>
Judge: Murphy, Stephen J.<br>
MJ: Patti, Anthony P.<br>
Filed: 10-13-2023 At 11:24 AM<br>
PRIS BENN, ET AL V KAJY, ET AL (LG)

</td></tr>
</table>

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

POOR QUALITY ORIGINAL

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name   Anthony Benn Jr., James Gray, Etc.
All other names by which
you have been known:
ID Number
Current Institution
Address

| Pontiac | Mr. | 48343 |
| City | State | Zip Code |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name   J. Kajy
Job or Title *(if known)*   Oakland County Deputy
Shield Number
Employer   Michael Bou
Address

| | City | State | Zip Code |

☑ Individual capacity      ☐ Official capacity

Defendant No. 2
Name   Deputy Hatchet
Job or Title *(if known)*   OCJ Superviser
Shield Number
Employer
Address

| | City | State | Zip Code |

☐ Individual capacity      ☑ Official capacity

Defendant No. 3

Name                         Boswell

Job or Title *(if known)*     OCJ    Deputy

Shield Number

Employer                      Michael Bouchard

Address                       Oakland County Sheriff Dpt.

Pontiac              Mi.          48343
*City*                *State*       *Zip Code*

☑ Individual capacity          ☐ Official capacity

Defendant No. 4

Name                         Macdonald

Job or Title *(if known)*     OCJ   Block Deputy

Shield Number

Employer                      Michael Bouchard

Address                       Oakland County Sheriff Dpt.

Pontiac              Mi.          48343
*City*                *State*       *Zip Code*

☑ Individual capacity          ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Cruel and Unusual Punishment /Inhumane Treatment

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The officer's in question worked together in unison to create an inhumane environment which turned into cruel and unusual punishment. They locked us in attorney booths for three hours with no water or toilets.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

The Defendants are all Oakland County Jail Deputies. They each denied inmates they were in control of restroom privileges. Inmates were pulled from housing units to get locked in closet like settings without water or toilets for over a three hour time period.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur?

September 12, 2023
8:15 until 11:30 p.m

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I and other inmates listed were unjustly treated. The officers made a joke of me and each of my cell mates. They locked me inside of a closet like setting for so long without a restroom that I had to use the restroom on myself like a child. There were nine or ten of us. There should be camera footage of this offense still around.

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The injury was more mental than anything because it play quite a number on all of our mental psyche. I, Anthony Benn had it the worst because my situation went beyond just urination. I'm still being made a mockery of. It's more humiliating than I can actually speak of without a breakdown.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'd like a suspension for each officer involve in my and my fellow inmates humiliation. As far as money related damages, I'd like to be refunded for my underclothing as well as should each of us be compensated for our pain and suffering. No man should be forced to seat in his own feces or urine under any circumstance.

**VII.** **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Oakland County Jail

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Cruel and Unusual Punishment

Inhumane Treatment of Inmates

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.     If you did file a grievance:

1.   Where did you file the grievance?

On the Smart Communications Tablet inside of the Jail.

2.   What did you claim in your grievance?

Cruel and Unusual Punishment and Inhumane Treatment of Inmates

3.   What was the result, if any?

The grievant process was swept under the rug and the jail split our cell up so we wouldn't exhaust the next step.

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Filed the appeal but I, Anthony Benn and the other inmates listed were each lied to by the higher ups.

F.      If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

_____

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

We spoke with different Supervisers but we were handled with further verbal abuse rather than being treated as humans should

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) ___Anthony D. Bern Jr.___

Defendant(s) ___Nurse Ayesha Syed + MDOC Medical___

2. Court *(if federal court, name the district; if state court, name the county and State)*

_____

3. Docket or index number

_____

4. Name of Judge assigned to your case

_____

5. Approximate date of filing lawsuit

_____

6. Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

___I'm not sure: I was not able to properly handle my case due to lack of legal assistance and the fact that I was released without ever receiving a lawyer.___

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? ___No___

☐ Yes

☑ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  Sept. 20, 2023

Signature of Plaintiff    *Anthony D. Benn Jr.*
Printed Name of Plaintiff    Anthony D. Benn Jr.
Prison Identification #    410770
Prison Address    1201 N. Telegraph

Detroit                  MI          48239
City                     State       Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____

_____    _____    _____
City                     State         Zip Code

Telephone Number    _____
E-mail Address    _____

9 Inmates

| | OCJ Inmate No: | Grievance No: |
|---|---|---|
| Anthony Decay Dean Jr. | #0410970 | #16,873,713 |
| Calvin Griffin | #0441594 | #16,886,800 |
| Kendelle Johnson | #0106490 | #16,874,624 |
| James Caray | #2260419 | #16,727,932 |
| Lemario Lockett | #0442434 | 16,874,729 |
| Deavle Landon | N356820 | N 16,866,962  9/13/2 |
| Tyron Turner | #935672 | FF 16,874,910  9/13/23 |
| Christian Samuel | | |
| Terrell Ramsey | | |